IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

JOE HAND PROMOTIONS, INC.,       *
                                                *
      Plaintiff,                   *
                                                *
      v.                               *
                                                *
JASON BECK, CLINTON MARTIN &       *           1:15-cv-80
MATTHEW G. WIDENER,               *
individually and as officers   *
and directors, shareholders    *
and/or principals of 3 OWNERS  *
ENTERPRISE INC. d/b/a SURREAL  *
AT SURREY et al.                *

      Defendants.

---

## O R D E R

---

Presently before the Court is Plaintiff's Notice of Settlement with Defendant Matthew G. Widener. (Doc. 21). In the notice, Plaintiff requests that the Court administratively terminate the case until Plaintiff can collect the settlement proceeds from Defendant. (Id.) Plaintiff indicates the parties would then file a joint stipulation of voluntary dismissal. (Id.)

Upon due consideration, the Court finds that administratively terminating this case is not necessary. The Court notes that the civil motion deadline applicable to Plaintiff and Defendant Widener is January 2, 2016. In light of Plaintiff's indication that he expects to collect the settlement

proceeds in February 2016, the Court **ORDERS** the civil motion deadline extended until March 15, 2016.

**ORDER ENTERED** at Augusta, Georgia, this ___18th___ day of December, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA