IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., | * | |
| Plaintiff, | * | |
| v. | * | |
| JASON BECK, CLINTON MARTIN & MATTHEW G. WIDENER, individually and as officers and directors, shareholders and/or principals of 3 OWNERS ENTERPRISE INC. d/b/a SURREAL AT SURREY et al. | * | 1:15-cv-80 |
| Defendants. | * | |

O R D E R

Presently before the Court is the parties' stipulation of dismissal with prejudice. (Doc. 25). In their stipulation, the parties seek to dismiss Plaintiff's claims against Defendant Matthew G. Widener, individually and as an officer, director, shareholder and/or principal of 3 Owners Enterprises Inc. d/b/a Surreal at Surrey. Under the parties' stipulation, Plaintiff's claims against the other Defendants will remain in this case.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES WITH PREJUDICE** all claims

asserted by Plaintiff against Defendant Matthew G. Widener and **DISMISSES** Defendant Widener from this case.

**ORDER ENTERED** at Augusta, Georgia, this 5th day of February, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA