IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

JOE HAND PROMOTIONS, INC.,

    Plaintiff,

v.

1:15-cv-80

JASON BECK, CLINTON MARTIN &
MATTHEW G. WIDENER, individually
and as officers and directors,
shareholders and/or principals of
3 OWNERS ENTERPRISE INC. d/b/a
SURREAL AT SURREY et al.,

    Defendant.

## ORDER

Presently before the Court is Plaintiff's notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41. (Doc. 36.) Plaintiff dismisses with prejudice Defendant Jason Beck, individually and as an officer, director, shareholder and/or principal of 3 Owners Enterprise Inc. d/b/a Surreal at Surrey. Because Defendant has yet to answer the complaint or serve a motion for summary judgment, the voluntary dismissal is proper. The Court **ORDERS** the Clerk to **TERMINATE** Jason Beck as a defendant in this action.

**ORDER ENTERED** at Augusta, Georgia, this 29th day of November, 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA